DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

HOLDING INSURANCE COMPANIES ACCOUNTABLE, LLC, a/a/o
PARNELL DICKINSON,

Appellant,

v.

AMERICAN INTEGRITY INSURANCE COMPANY OF FLORIDA,

Appellee.

No. 2D2023-0329

_____

May 1, 2024

Appeal from the Circuit Court for Hillsborough County; Mark R. Wolfe, Judge.

Chad A. Barr and Dalton L. Gray of Chad Barr Law, Altamonte Springs; and Tyler J. Chasez of Hale, Hale & Jacobson, P.A., Orlando, for Appellant.

Caryn L. Bellus and Benjamin B. Carter of Kubicki Draper, P.A., Miami for Appellee.

Tiffany A. Roddenberry of Holland & Knight, LLP, Tallahassee, and William W. Large of Florida Justice Reform Institute, Tallahassee, for Amicus Curiae The Florida Justice Reform Institute.


PER CURIAM.

     Affirmed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.